IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY UPSHUR,<br><br>               Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>               Defendant. | CIVIL ACTION<br>NO. 15-5434 |

FILED
JUL 2 5 2016
LUCY V. CHIN, Interim Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 25th day of July 2016, upon consideration of the Plaintiff's request for review and the briefs filed by the parties, and after a review of the Report and Recommendation filed by Chief United States Magistrate Judge Linda K. Caracappa (Doc. No. 13), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is GRANTED, and the case is REMANDED to the Commissioner, under sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with Chief United States Magistrate Judge Linda K. Caracappa's Report and Recommendation; and

3. Judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

BY THE COURT:

*/s/ Joel H. Slomsky*
JOEL H. SLOMSKY, J.